IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF: JOHN DOES, <br><br>United States taxpayers who, at any time during the years ended December 31, 2006, through December 31, 2014, directly or indirectly had interests in or signature or other authority (including authority to withdraw funds, trade or give instructions or receive account statements, confirmations or other information, advice or solicitations) with respect to any financial accounts maintained at, monitored by, or managed through Belize Bank International Limited ("BBIL") or Belize Bank Limited ("BBL"), or Belize Corporate Services Limited ("Belize Corporate Services"), their predecessors, subsidiaries, and affiliates, and financial accounts maintained at, monitored by, or managed through other financial institutions that BBIL, BBL, or Belize Corporate Services permitted to transact client business through their United States correspondent accounts at Bank of America, National Association or Citibank, National Association | Case No. |

**UNITED STATES' *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONSES**

The United States of America, by and through undersigned counsel, hereby petitions this Court for an order approving the issuance of two Internal Revenue Service "John Doe" summonses to Citibank, N.A., and Bank of America, N.A., for correspondent account information related to Belize Bank International Limited (BBIL), Belize Bank Limited (BBL), or Belize Corporate Services, collectively the Belize entities. In support, the United States avers as follows:

1

1. This *ex parte* proceeding is commenced pursuant to §§ 7402(a), 7609(f) and 7609(h) of the Internal Revenue Code (26 U.S.C.), for leave to serve Internal Revenue Service "John Doe" summonses on Citibank, N.A., and Bank of America, N.A.

2. Bank of America may be found within the jurisdiction of this Court and maintains an office at 701 Brickell Avenue, Miami, Florida.

3. Citibank may be found within the jurisdiction of this Court and maintains an office at 201 Biscayne Boulevard, Miami, Florida.

4. The IRS has launched a compliance initiative to investigate United States taxpayers who directly or indirectly hold or held interests in, or have signature or other authority over, undisclosed financial accounts at Belize Bank International Limited and Belize Bank Limited or who used Belize Corporate Services to obscure their interest in undisclosed financial accounts. Belize Bank International Limited and Belize Bank Limited maintain or maintained correspondent accounts at Bank of America and Citibank. Belize Corporate Services used Belize Bank International Limited or Belize Bank Limited's correspondent account at Bank of America. The taxpayers being investigated have not been or may not be complying with U.S. internal revenue laws requiring the reporting of foreign financial accounts, and income earned on those accounts.

5. In furtherance of this investigation, the IRS seeks permission to issue under the authority of § 7602 of the Internal Revenue Code, administrative "John Doe" summonses to Bank of America and Citibank. A copy of the proposed summonses are attached as Exhibits 10 and 11 to the Declaration of Michael Frazier, Internal Revenue Agent assigned as Technical Specialist in the Internal Revenue Service's Offshore Compliance Initiatives Program.

6. The "John Doe" summonses relate to the investigation of an ascertainable group or class of persons, that is, United States taxpayers who, at any time during the years ended December 31, 2006, through December 31, 2014, directly or indirectly had interests in or signature or other authority (including authority to withdraw funds, trade or give instructions or receive account statements, confirmations or other information, advice or solicitations) with respect to any financial accounts maintained at, monitored by, or managed through Belize Bank International Limited ("BBIL") or Belize Bank Limited ("BBL"), or Belize Corporate Services Limited ("Belize Corporate Services"), their predecessors, subsidiaries, and affiliates, and financial accounts maintained at, monitored by, or managed through other financial institutions that BBIL, BBL, or Belize Corporate Services permitted to transact client business through their United States correspondent accounts at Bank of America, National Association or Citibank, National Association.

7. There is a reasonable basis for believing that such group or class of persons may fail, or may have failed, to comply with one or more provisions of the internal revenue laws.

8. The information sought to be obtained from the examination of the records or testimony (and the identity of the persons with respect to whose tax liabilities the summons has been issued) is not readily available from other sources.

9. In support of this Petition, the United States submits the Declaration of Michael Frazier, the exhibits attached thereto, and a supporting memorandum.

Dated: September 15, 2015

Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General


s/ William E. Farrior
WILLIAM E. FARRIOR
S.D. Fla. Bar No. A5501479
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-616-1908 (v)
202-514-4963 (f)
William.E.Farrior@usdoj.gov

Of Counsel:

WIFREDO A. FERRER
United States Attorney