# Exhibit 1



🔒 Client Center Login

Search

Home    About Us    IBC    Foundations    Trusts    Offshore Banking    Professional Intermediaries    FAQ    Contact Us

## Belize Corporate Services

Initially established as an offshore service provider primarily for Belize IBC, Belize Corporate Services Limited is now Belize's leading international financial service provider with a global network of professional intermediary and private customers. Through our affiliate companies, we offer a broad range of offshore services for the international client, whether that may be a trading business, a holding company or private client. These services include but are not limited to the following.

- Company formation and administration of Belize IBC's, BVI, Nevis, Panama, & Hong Kong companies, among others.
- Trustee and Trust Agent Services
- Assistance with opening of offshore bank accounts (Euro, US Dollar, British Pound among others)
- Assistance with opening online & offline securities brokerage accounts
- Visa Credit, Debit or Prepaid Cards
- Virtual Office Services
- Bookkeeping Services

We take pride in providing accurate and efficient personalized service to our clients. Our very experienced staff comprises of multilingual individuals fluent in English, Spanish and Chinese, for your convenience.

To find out how you or your company can become a part of our global network of professional client or intermediary, please visit our Professional Client page.

### Helpful Links

PROFESSIONAL INTERMEDIARIES

### Partners

BELIZE BANK INTERNATIONAL

BELIZE BANK

**Belize Corporate Services Limited**

21 Regent Street, 2nd Floor,
P.O. Box 1871,
Belize City, Belize C.A

T: (501) 227-2567/1591/1558
F: (501) 227-7018

E: corporate@belizecompanies.com / services@belizecompanies.com

Copyright © 2013 Belize Corporate Services. All rights reserved.

Home  Belize IBC  Belize Foundation  Belize Trust  FAQ  Sitemap

Our Privacy & Security Policy explains how we may collect information from you online when you visit belizecompanies.com. Our Privacy & Security Policy, effective as of December 1, 2004, is for general guidance and subject to change. Please review periodically. Customer information means personally identifiable information about a customer.

developed by GMI

# Exhibit 2



🔒 Client Center Login

Search

Home    About Us    IBC    Foundations    Trusts    Offshore Banking    Professional Intermediaries    FAQ    Contact Us

# FAQ

**What is an International Business Company (IBC)?**
An International Business Company, also known as an offshore company, is a legal entity normally used as an investment vehicle and is not subject to any taxes in Belize.

**Is Belize a stable jurisdiction for an offshore company?**
Belize, though a jurisdiction of just more than twenty years of independence, is a model of stability, peace and democracy. Blessed with a strong and tested legal system and a vibrant system of democratic government substantially adopted from the United Kingdom.

**Do I have to visit Belize to incorporate my company?**
No. All the necessary forms and due diligence information can be submitted via email with hard copies to follow by mail.

**How long does it take to set up a company in Belize and what are the costs?**
A Belize IBC is incorporated within 24 hours of your request.

**In what languages can an IBC be incorporated?**
A Belize IBC may be incorporated in any language (provided a properly translated English version is also submitted) and with an authorized share capital in a foreign currency. The certificate of Incorporation is also granted in that foreign script.

**When I order my Belize IBC, do I automatically get an offshore bank account?**
No. A bank account has to be requested. Belize Bank, however, can provide a seamless service of corporate formation and opening of a foreign currency corporate bank account through British Caribbean Bank International Limited without any fees being levied for facilitating the latter.

**What is due diligence information?**
The International Financial Services Commission, the body that regulates the IBC in Belize, requires that all Registered Agents know the clients they are doing business with. Therefore, it is the agent's responsibility to get as much information on the client in order to be comfortable conducting business.

**What level of Confidentiality can I expect?**
Confidentiality is one of the many attributes of a Belize IBC. No information pertaining to the identity of directors & shareholders is filed in any public register in Belize. Filing requirements are limited primarily to memorandum and articles of association, name of registered agent and address of registered office.

**What is a proof of address?**
Any document showing the full name of the person with their residential address details. (Ex: telephone or electricity bill)

**What is a Professional reference letter?**
A letter which states that the writer of the letter has known the person for a period of years (min 2 years) and briefly describes the manner of the professional relationship.

**Are LLC's incorporated in Belize?**
We do not incorporate LLC's in Belize, but Limited Duration Companies (LDC's). The main difference between an IBC and LDC is that Managers are appointed instead of directors and the life span of LDC's is 50 years. The cost for an LDC is the same as the Incorporation cost for a standard IBC.

**What is the difference between a corporate director and an individual director?**
A corporate director is a corporation, which can have several different signatories who sign on behalf of the company, while an individual director is an actual person who would always be the one to sign on behalf of the company for which he is appointed.

**Can I be the sole shareholder in my company?**
Yes, for a Belize IBC, there is a minimum requirement of one shareholder.

**What are IBC's most commonly used for?**
IBC's are most commonly used for offshore banking, investment activities and asset protection.

**If I already have an IBC, can I have it registered in Belize?**
Yes. This procedure is called "Continuation", or "Re-domiciliation". The IBC Act provides for companies incorporated in a jurisdiction outside of Belize to be continued in Belize, as long as it satisfies the requirements prescribed for a Belize IBC.

---

### Helpful Links

**PROFESSIONAL INTERMEDIARIES**

### Partners

**BELIZE BANK INTERNATIONAL**

**BELIZE BANK**

**What taxes will I have to pay for my IBC?**

Belize IBC's are totally exempt from all forms of taxation in Belize including stamp duty.

**Where is the information regarding directors and shareholders kept?**

Information regarding directors and shareholders is kept at the Registered Agent's office and is not available for public viewing.

**Does the authorized capital need to be paid-up?**

There is no requirement for the authorized capital to be paid-up.

**Belize Corporate Services Limited**

Home  Belize IBC  Belize Foundation  Belize Trust  FAQ  Sitemap

21 Regent Street, 2nd Floor,
P.O. Box 1871,
Belize City, Belize C.A

T: (501) 227-2567/1591/1558
F: (501) 227-7018

E: corporate@belizecompanies.com / services@belizecompanies.com

Our Privacy & Security Policy explains how we may collect information from you online when you visit belizecompanies.com. Our Privacy & Security Policy, effective as of December 1, 2004, is for general guidance and subject to change. Please review periodically. Customer information means personally identifiable information about a customer.

Copyright © 2013 Belize Corporate Services. All rights reserved.

developed by GM

# Exhibit 3

🔒 Client Center Login



Search

Home     About Us     IBC     Foundations     Trusts     Offshore Banking     Professional Intermediaries     FAQ     Contact Us

## Belize IBC

Belize International Business Companies or Belize IBC Act, established in 1990 and based heavily on the British Virgin Island's model, allows for Belize International Business Company formations.

An International Business Company (IBC) is a very flexible, confidential, tax efficient and proven corporate vehicle suitable for a wide range of offshore trading, investment and asset protection activities and solutions.

## Some of the primary attributes of the Belize IBC are as follows:

**Efficient Registry**
The IBC Registry routinely incorporates a Belize IBC within 24 hours of lodgment of the constitutive documents of the company together with the prescribed fee.

**Low cost**
At US$100.00, Belize's incorporation and annual license fee is the lowest in the world among recognized offshore jurisdictions.

Example:

| Jurisdiction | Belize | British Virgin Islands | Panama |
|---|---|---|---|
| Government Incorporation & Annual Renewal Fees | US$100 | US$350 | US$350 |

**Confidentiality**
Filing requirements for a Belize IBC are limited primarily to memorandum and articles of association, name of registered agent and address of registered office. Bearer shares may be issued subject to registered agent/professional intermediary custody requirements.

**User Friendly**
Having been based on and not changed materially from the original BVI IBC Act, the common law-based Belize IBC is legally familiar. Bearer shares may be held with any professional intermediary in and outside of Belize.

**Name Availability**
With just over 65,000 IBCs incorporated in Belize as compared to over 7,000,000 in BVI, Belize clearly and conveniently has much greater company name options for the client.

**Tax Free**
The Belize IBC enjoys total exemption from all forms of taxation in Belize including stamp duty.

**No Currency Exchange Control**
A Belize IBC may freely open and maintain any type of currency account.

**Flexibility**
A Belize IBC is capable of being incorporated for (or restricted to (as in the case of special purpose corporations)) any object not prohibited by the laws of Belize.
The Belize IBC may have only one director. Directors can be corporate and need not be resident in the country.
Meetings of Belize IBC shareholders and/or directors may be held in any country at any time and may be attended by proxy.
Resolutions of members and/or directors may be passed without a meeting.
Shares can be issued without par value.
A Belize IBC may be incorporated in any language (provided a properly translated English version is also submitted) and with an authorized share capital in a foreign currency. The Certificate of Incorporation is also granted in that foreign script.
Belize IBCs may migrate into and out of Belize. However, once re-domiciled in Belize, the former governing law ceases to be operable.

### Helpful Links

PROFESSIONAL INTERMEDIARIES

Partners

BELIZE BANK INTERNATIONAL

BELIZE BANK

Download Belize IBC Application Form

**Belize Corporate Services Limited**

21 Regent Street, 2nd Floor,
P.O. Box 1871,
Belize City, Belize C.A

T: (501) 227-2567/1591/1558
F: (501) 227-7018

E: corporate@belizecompanies.com / services@belizecompanies.com

Home  Belize IBC  Belize Foundation  Belize Trust  FAQ  Sitemap

Our Privacy & Security Policy explains how we may collect information from you online when
you visit belizecompanies.com. Our Privacy & Security Policy, effective as of December 1,
2004, is for general guidance and subject to change. Please review periodically. Customer
information means personally identifiable information about a customer.

Copyright © 2013 Belize Corporate Services. All rights reserved.

developed by

# Exhibit 4



🔒 Client Center Login

Search

Home    About Us    IBC    Foundations    Trusts    Offshore Banking    Professional Intermediaries    FAQ    Contact Us

## Belize Ready Made Companies

The following list of companies have already been registered and are available for immediate purchase.

Note: Company name is reserved for a period of ONE WEEK ONLY. Thereafter, company name automatically becomes available

### Companies incorporated with Registered/Bearer Shares

| Company Name | Incorporation Date | Cost | |
|---|---|---|---|
| LEGENDARY PRODUCTIONS SERVICES LIMITED | Sep 2006 | $3,575.00 | order now |
| LAST CHANCE CORPORATION | Dec 2006 | $3,575.00 | order now |
| TICKLE TOP S.A. | Nov 2006 | $3,575.00 | order now |
| FINE MANAGEMENT CORPORATION | Oct 2006 | $3,575.00 | order now |
| PAPERCLIP FINANCE CORP. | Sep 2007 | $3,175.00 | order now |
| PIN-PON BUSINESS LTD. | Dec 2007 | $3,175.00 | order now |
| VALERIE INTERNATIONAL HOLDINGS INC. | Dec 2007 | $3,175.00 | order now |
| THEODORE DEVELOPMENT SERVICES CORP. | Dec 2007 | $3,175.00 | order now |
| WEALTHWORLD INC. | Dec 2007 | $3,175.00 | order now |
| DARK CLOUD HOLDINGS CORP. | Dec 2008 | $2,775.00 | order now |
| WAR EAGLE CORP. | Dec 2008 | $2,775.00 | order now |
| SHIPPING CENTER LIMITED | Dec 2009 | $2,375.00 | order now |
| YO-YO ENTERPRISES CORP. | Dec 2009 | $2,375.00 | order now |
| ISMAEL INTERNATIONAL LTD. | Aug 2010 | $1,975.00 | order now |
| GREGORY INVESTMENTS CORP. | Aug 2010 | $1,975.00 | order now |
| WEALTHY DRAGON INVESTMENT CORP | Sep 2012 | $1,175.00 | order now |
| GLUNBU INTERNATIONAL INC. | Nov 2013 | $1,175.00 | order now |
| HOT RED CORP. | Feb 2014 | $775.00 | order now |
| FRESH YELLOW LTD. | Feb 2014 | $775.00 | order now |
| MYSTERY PURPLE LTD.>/td> | Feb 2014 | $775.00 | order now |
| ANGEL WHITE S.A. | Feb 2014 | $775.00 | order now |
| KING OF ARMS LTD. | Feb 2014 | $775.00 | order now |
| EAST END CONSULTANTS LTD. | Mar 2014 | $775.00 | order now |
| COSMIC VENTURES LTD. | Mar 2014 | $775.00 | order now |

### Helpful Links

**PROFESSIONAL INTERMEDIARIES**

### Partners

**BELIZE BANK INTERNATIONAL**

**BELIZE BANK**

---

**Belize Corporate Services Limited**

21 Regent Street, 2nd Floor,
P.O. Box 1871,
Belize City, Belize C.A

T: (501) 227-2567/1591/1558
F: (501) 227-7018

E: corporate@belizecompanies.com / services@belizecompanies.com

Home  Belize IBC  Belize Foundation  Belize Trust  FAQ  Sitemap

Our Privacy & Security Policy explains how we may collect information from you online when you visit belizecompanies.com. Our Privacy & Security Policy, effective as of December 1, 2004, is for general guidance and subject to change. Please review periodically. Customer information means personally identifiable information about a customer.

Copyright © 2013 Belize Corporate Services. All rights reserved.

developed by GILL

# Exhibit 5



🔒 Client Center Login

Search

Home    About Us    IBC    Foundations    Trusts    Offshore Banking    Professional Intermediaries    FAQ    Contact Us

## Virtual Office Services

Our Virtual Office service provides you with a local point of contact in Belize for your customers and all the benefits of a permanent office without the need to actually be there or incur the normal attendant costs.  It involves no capital outlay, no staff costs, no legal complications and unparalleled personalized service.  Having a virtual office allows you to indicate a significant physical presence in Belize to demonstrate that the Belize IBC is not only incorporated in Belize, but also carrying on business from within Belize.

There are currently two levels of Virtual Office Service available, depending on your personal requirements:

### Plan A: Virtual Office Premier

This comprehensive identity package includes:

- Local telephone number ANSWERED IN YOUR COMPANY NAME by our experienced telephone operators,
- Local fax number,
- Local P.O. Box number,
- Mail forwarding by email
- Use of our prestigious address for your letterhead and business cards.
- Snail mail may be forwarded to you by regular airmail on your standing instruction.
- All faxes will be forwarded to you by email immediately creating a complete company image.
- All telephone calls will be taken and messages in respect thereof will be reported via email.
- Forwarding of telephone call will be done to your cellular phone should you desire at usual telephone rates.

For Plan A, the Annual Service Fee is US$1500.00 per annum (plus Deposits and Disbursements, recurrent and otherwise), for telecommunications services, mail forwarding and other third party charges.

### Plan B: Virtual Office Gold

This basic package includes:

- Use of our prestigious addresses for collection of your mail
- Bank statements and other correspondence
- Forwarding of all messages by e-mail

The Annual Service Fee for this Plan B is US$300.00 per annum excluding third party charges.

### Administration and Bookkeeping Services

Further enhancing our virtual office services, we offer corporate administration and bookkeeping services.  This involves complete maintenance of books of accounts for the Belize IBC, including issuing of purchase orders, issuing of invoices, tracking of inventory, preparing financial statements and reports.

### Helpful Links

PROFESSIONAL INTERMEDIARIES

### Partners

BELIZE BANK INTERNATIONAL

BELIZE BANK

---

**Belize Corporate Services Limited**

21 Regent Street, 2nd Floor,
P.O. Box 1871,
Belize City, Belize C.A

T: (501) 227-2567/1591/1558
F: (501) 227-7018

E: corporate@belizecompanies.com / services@belizecompanies.com

Home  Belize IBC  Belize Foundation  Belize Trust  FAQ  Sitemap

Our Privacy & Security Policy explains how we may collect information from you online when you visit belizecompanies.com. Our Privacy & Security Policy, effective as of December 1, 2004, is for general guidance and subject to change. Please review periodically. Customer information means personally identifiable information about a customer.

Copyright © 2013 Belize Corporate Services. All rights reserved.

developed by GM

Exhibit 6



21 Regent Street / P.O. Box 1871
Belize City, Belize, Central America

**Belize International Business Company (IBC) Application**

Tel: (501) 227-2567 / 1591 / 1558
Facsimile: (501) 227-7018
Email: corporate@belizecompanies.com
services@belizecompanies.com
www.belizecompanies.com

*\* For your convenience the highlighted areas serve as guidelines for a standard IBC formation.*

## 1- COMPANY INFORMATION

**Proposed Name of Company:**

Note: A company name must end with either the words, "Limited", "Corporation", "Anonyme", "Sociedad Anonyme", "Aktiengesellsschaft", or and abbreviation thereof.

**Please give 3 alternative names in order of priority:**

a)

b)

c)

**Describe the nature of the business to be undertaken by the company:**  (Please be as specific as possible)

NOTE: A Belize International Business Company (IBC) is prohibited form carrying on the following activities:

a) Carrying on business with persons resident in Belize;

b) Owning an interest in real property situated in Belize, other than a lease referred to in §5(2)(e) of the IBC Act ("the Act");

c) Carrying on a banking business unless it is licensed under an enactment authorising it to carry on such business;

d) Carrying on business as an insurance or reinsurance company, insurance agent or insurance broker, unless it is licensed;

e) Carrying on the business of providing the registered office for companies;

f) Carrying on trust business, unless it is licensed;

g) Carrying on collective investment schemes, unless it is licensed;

h) Holding shares, stock, debt obligations or other securities in a company incorporated under the Companies Act or under any enactment amending or substituting the said Act;

i) Subject to certain statuatory exceptions, issuing its shares, stock, debt obligations or other securities to any person resident in Belize or to any company incorporated under the Companies Act or under any enactment amending or substituting the said Act.

## 2 - MEMORANDUM & ARTICLES

a) Standard Provisions:  The standard memorandum and articles are very widely drawn and suitable for most types of business activity.

Do you require these provisions?       ☐ YES    ☐ NO
(if YES, go straight to Section 3)

b) Non-Standard Provisions:  If NO, please provide details of your specific requirements on a separate sheet and attach.

## 3 - DIRECTORS

Do you require nominee directors?       ☐ YES    ☐ NO

If YES, choose corporate or individual:       ☐ COR    ☐ IND

If NO, please provide us with names, nationalities, addresses and present occupation of the candidates:

| Name | Nationality | Address | Occupation |
|------|-------------|---------|------------|
|      |             |         |            |
|      |             |         |            |
|      |             |         |            |

**Note: Neither the Belize Bank Limited, nor any officer, director, employee, representative, servant, agent, delegate, subsidiary or affiliate thereof ("the Indemnitees") provides any nominee director services.  In the event that nominee director services are required, by signing this application, the applicant irrevocably and unconditionally acknowledges, agrees and solemnly declares that the Indemnitees shall not suffer any liability, damage or loss in the event that either of the Indemnitees shall inform the applicant of third parties who offer nominee director services and the applicant, the proposed company or any other related party shall act or otherwise instruct the Indemnitee to act on such information and suffer liability, damage or loss arising from or in connection with the said nominee director services.  The applicant hereby further agrees to indemnify, defend and hold harmless the Indemnitees in respect of all liabilities, damages, loss and expenses incurred (including attorneys' fees) and against all actions, proceedings, costs, claims and demands arising as a result of or in connection with the provision of nominee director services by third parties or otherwise to the applicant or his proposed company or any related party thereto.**

**4 - COMPANY SECRETARY** (Not required)

Do you require a company secretary?                    ☐ YES    ☐ NO

If YES, choose corporate or individual:                ☐ COR    ☐ IND

If NO, please provide us with names, nationalities, addresses and present occupation of the candidate:

| Name | Nationality | Address | Occupation |
|------|-------------|---------|------------|
|      |             |         |            |
|      |             |         |            |

Note: Neither the Belize Bank Limited, nor any officer, director, employee, representative, servant, agent, delegate, subsidiary or affiliate thereof ("the Indemnitees") provides any corporate secretarial services. In the event that corporate secretarial services are required, by signing this application, the applicant irrevocably and unconditionally acknowledges, agrees and solemnly declares that the Indemnitees shall not suffer any liability, damage or loss in the event that either of the Indemnitees shall inform the applicant of third parties who offer corporate secretarial services and the applicant, the proposed company or any other related party shall act or otherwise instruct the Indemnitee to act on such information and suffer liability, damage or loss arising from or in connection with the said corporate secretarial services. The applicant hereby further agrees to indemnify, defend and hold harmless the Indemnitees in respect of all liabilities, damages, loss and expenses incurred (including attorneys' fees) and against all actions, proceedings, costs, claims and demands arising as a result of or in connection with the provision of corporate secretarial services by third parties or otherwise to the applicant or his proposed company or any related party thereto.

**5 - SHAREHOLDERS**

The following parties are to be registered as shareholders:

| Name | Nationality | Address | Number of Shares |
|------|-------------|---------|------------------|
|      |             |         |                  |
|      |             |         |                  |

Note: Shares may be registered or issued or bearer. However, under the laws of Belize, original Bearer Share Certificates must be kept in safe physical custody by the Registered Agent - The Belize bank Limited ("the Bank")

**6 - CAPITAL**

Unless instructed by the contrary, the company will be incorporated with an authorized share capital of US$50,000.00 with one class of ordinary shares of US$1.00 each, useable in registered or bearer form.

Do you require these standard provisions?    ☐ YES    ☐ NO        *If YES, skip to Section 7

If NO, please provide details:

a) **Authorised Share Capital**

Note: Annual Government fee for authorised share capital in excess of US $50,000.00 increases from US $100.00 to US $1,000.00.

b) **Par Value:**

Will the shares have par value?    ☐ YES    ☐ NO    If YES, please provide amount:    US $

c) **No. of share certificates to be issued**

d) **Type of share**    ☐ Bearer    ☐ Registered

e) **Classes of shares**

If more than one class, please indicate class and special rights per class:

**7 - DETAILS OF CONTACT PERSON**  (Person you would like the Bank to contact regarding the affairs of the company)

| First Name | | | | Email |
|------------|--|--|--|-------|
| Address | | | | Home No. (        )          - |
| City | State | | Zip | Work No. (        )          - |
| The Bank is requested to communicate using the following methods: | | | | Mobile No. (        )          - |
| ☐ Mail | ☐ Fax | ☐ Email | ☐ Telephone | Fax No.     (        )          - |

**8 - POWER OF ATTORNEY** (Not required)  *If needed, power of attorney must be for a specific purpose and must not exceed one year.

**In the name of the following persons:**

| Family Name (Mr./Mrs./Ms.) | Family Name (Mr./Mrs./Ms.) |
|---|---|
| First Name(s) | First Name(s) |
| Permanent Address | Permanent Address |
| City          State          Zip | City          State          Zip |

**Please state the Specific Powers below:**

|  |
|---|
|  |
|  |
|  |
|  |

### 9 - INCORPORATION DOCUMENTS   (Not required)

a) Special instructions regarding incorporation documents:

- ☐ Notarisation
- ☐ Notarisation & Apostille
- ☐ Notarisation & Apostille & Legalization
- ☐ Any other

b) Indicate which of the following documents you require to be Notarised / Apostilled / Legalized

- ☐ Memorandum & Articles of Association
- ☐ Certificate of Incorporation
- ☐ Appointment of Director
- ☐ Any other

### 10 - ADDITIONAL DUE DILIGENCE

Please supply the following supporting documentation for each ultimate benficial owner, director and attorney-in-fact (i.e. who is a grantee of a power of attorney) along with this application form:

**a) Notarised Copy of Passport**
**b) Bank Reference Letter with whom relevant person has had banking relationship with for at least 2 years**
**c) Professional (Attorney/Accountant) Reference Letter with whom relevant person has had professional relationship with for at least 2 years**
**d) Copy of utility bill showing place of residence**

Note: All information provided is kept in strictest confidence by the Bank in accordance with the laws of Belize

### 11 - METHOD OF INITIAL PAYMENT

Please note that all applicable fees must be paid prior to work being undertaken, provision of services or supply of goods.  Please tick desired method:

- ☐ A bank transfer (please see attached Wire Transfer Instructions)
- ☐ A bank/personal cheque made payable through a US bank in US Dollars
  (Note: payment should not be deemed to have been made until receipt of cleared funds for purposes of commencement of work
- ☐ Credit Card

Name on Credit Card _____

Credit Card Number _____

Exp. Date (mm/yy) _____

Card Type          ☐ Amex    ☐ Mastercard    ☐ VISA

### 12 - DELIVERY INSTRUCTIONS

After this incorporation form has been completed and signed, please send original by courier with a copy by fax or in PDF format by email to:

| **Mailing Address:** | **Fax Number:** | **Email:** |
|---|---|---|
| Belize Corporate Services Limited | (501) 227-7018 | corporate@belizecompanies.com |
| 21 Regent Street / P.O. Box 1871 | | services@belizecompanies.com |
| Belize City, Belize, Central America | | |

### 13 - SIGNATURE OF APPLICANT

Please proceed in accordance with these instructions and subject to the terms and conditions of service as set out herein. I authorise the Belize Bank Limited to establish an International Business Company in accordance with the foregoing instructions and subject to the terms and conditions of service set out herein.

| Firm/Name | Home No.  (          )          - |
|---|---|
| Address | Work No.  (          )          - |
| Email | Fax No.  (          )          - |
|  |  |
| _____ Signature | Date |

**SCHEDULE OF FEES:**

**INCORPORATION:**

| Service | Price (US $) | Details |
|---|---|---|
| Incorporation Fee | $300.00 | |
| Registered Agent & office | $300.00 | |
| Government Formation Fee | $100.00 | (for share capital not exceeding US $50K) |
| **TOTAL** | **$700.00** | |
| For each subsequent year, the annual fees are as follows: | | |
| Registered Agent & office | $300.00 | |
| Government Formation Fee | $100.00 | (for share capital not exceeding US $50K) |
| **TOTAL** for subsequent years | **$400.00** | |

NOTE: Please be informed the foregoing annual fees become due and payable on January 1st or each year irrespective of date of incorporation or continuation.

**VIRTUAL OFFICE SERVICES:**

| Service | Price (US $) | Details |
|---|---|---|
| Plan A: Virtual Office Premier | $1,500.00 | |
| Plan B: Virtual Office Gold | $300.00 | |

**CORPORATE ADMINISTRATION & BOOKKEEPING SERVICES:**

| Service | Price (US $) | Details |
|---|---|---|
| Annual Fee | $1,000.00 | |

NOTE: Additionally, any time spent by our professional team on provision of this service will be billed on a time-cost basis ranging from US$150.00 to $250.00 depending on expertise of the personnel.

**ANCILLARY CORPORATE SERVICES:**

| Service | Price (US $) | Details |
|---|---|---|
| Corporate Director | $600.00 | |
| Individual Director / Secretary | $750.00 | |
| Corporate Secretary | $500.00 | |
| Continuation | $125.00 | Registry Fees included |
| Company Name Change | $250.00 | Registry Fees included |
| Amendment to M& A Clauses | $250.00 | Registry Fees included |
| Amendment of Authorized Share Capital (Note: If <= US $50,000.00, fee may be affected) | $250.00 | Annual Registered Office / Agent |
| Amendment of Authorized Share Capital (If > US $50,000.00) | $950.00 | |
| Dissolution of IBC | $750.00 | Registry and Advertising fees inclusive |
| Certificate of Good Standing | $125.00 | Registry Fees included |
| Search of IBC Registry | $25.00 | Registry Fees included |
| Certified Corporate Documents | $50.00 | Per Document, Registry Fees inclusive |
| Tax Exemption Certificate | $150.00 | Registry Fees included |
| Certificate of Incumbency | $125.00 | |
| Registered Agent's Certificate | $125.00 | |
| Notarization | $80.00 | Per Document |
| Apostille | $180.00 | Per Document, inclusive of notarization |
| Legalization at Belize Foreign Ministry | $225.00 | Per Document, inclusive of notarization, apostille and disbursements |
| Authentication at Foreign Embassy | $75.00 | Plus Disbursements |
| Corporate Power of Attorney & Resolution | $150.00 | Per power of attorney |
| Issuance of share certificate | $50.00 | Per certificate - 1st one free |
| Resolution | $100.00 | |
| Name Reservation for 3 months | $50.00 | Registry Fees included |
| Corporate Seal | $75.00 | |
| Photocopies | $1.00 | Cost per page |

NOTE: Courier fees and bank charges are additional to all professional charges and range between US $40.00 and US $75.00.

**WIRE TRANSFER INSTRUCTIONS:**

US Dollars should be remitted to: **Bank of America**
**300 Harmon Meadow Blvd.**
**Seacaucus, NJ, 07094**
**U.S.A.**

ABA Number: **026 009 593**

Account Info: **The Belize Bank Limited - International Division**
**Account No. 6550 8 26058**

For further credit to: **Belize Corporate Services Limited**
**Account No. 500 3973**

Exhibit 7



🔒 Client Center Login

Search

Home    About Us    IBC    Foundations    Trusts    Offshore Banking    Professional Intermediaries    FAQ    Contact Us

## Professional Intermediaries

In order to enjoy preferred rates as a professional intermediary client, we generally require that a threshold volume of no less than 5 IBC's per month and/ or 20 IBC's be incorporated with us within the first six months of our professional relationship.  In this regard, we do offer our preferred rates on a provisional basis to new professional clients on the condition that such threshold volumes of companies are incorporated with us within the said relevant periods.

### Incorporation

We offer extremely competitive incorporation rates to our Belize professional intermediary clients.

The time frame for incorporation is approximately twenty-four hours but in some instances, registration can be completed within six hours.  When incorporation has been completed, on your instruction, we can send a scanned email copy of the Certificate of Incorporation to you with the originals thereafter to follow by courier.

Through our Client Center, our clients can forward requests for incorporations as well as perform name checks, view invoices, procure various reports on Belize IBC's, for example, list of active or struck-off companies.  In other words, clients have at their fingertips a complete real time database for their Belize IBC's.  Our clients have found this service to be extremely useful and we are happy to be the only registered agent in Belize offering this service.

### Continuation/ Re-domiciliation

Companies can be re-domiciled to and from Belize depending on the client's needs.

Please contact us for our rates.

**Helpful Links**

PROFESSIONAL INTERMEDIARIES

Partners

BELIZE BANK INTERNATIONAL

BELIZE BANK

**Belize Corporate Services Limited**

21 Regent Street, 2nd Floor,
P.O. Box 1871,
Belize City, Belize C.A

T: (501) 227-2567/1591/1558
F: (501) 227-7018

E: corporate@belizecompanies.com / services@belizecompanies.com

Copyright © 2013 Belize Corporate Services. All rights reserved.

Home  Belize IBC  Belize Foundation  Belize Trust  FAQ  Sitemap

Our Privacy & Security Policy explains how we may collect information from you online when you visit belizecompanies.com. Our Privacy & Security Policy, effective as of December 1, 2004, is for general guidance and subject to change. Please review periodically. Customer information means personally identifiable information about a customer.

developed by

Exhibit 8

# TRANSFER INSTRUCTIONS

Deposits can be forwarded primarily by wire transfer using the wire coordinates listed below:

**US Dollars should be remitted to:**

1. Beneficiary Bank: Bank of America, International

222 Broadway

New York, NY 10038-2510

ABA Number: 026 009 593

S.W.I.F.T: BOFA US 3N

Account Name: Belize Bank International Ltd.

Account No._____6058

BCB SWIFT: BCBTBZBZ

For further credit: (insert your Belize Bank International Account name and corresponding number)

2. Beneficiary Bank: Commerzbank A.G.

Kaiserplatz

Frankfurt AM Main

Germany

Swift Code: COBADEFF

Beneficiary Bank: Belize Bank International Ltd.

Account Number _____6600 USD

Swift Code: BCBTBZBZ

**CAD Dollars should be remitted to:**

Beneficiary Bank: Bank of America Canada

200 Front Street West

Suite 2600, 26th Floor

Toronto, Ontario M5V 3L2

Canada

Tel.: 416-349-4100

Fax: 416-349-4272

Swift Code: BOFACATT
Beneficiary Bank: BELIZE BANK INTERNATIONAL LTD
Bank Account No.: _____1205
Swift Code: BCBTBZBZ
For further credit to: (insert your Belize Bank International Account name and
corresponding number)

**Sterling Pounds should be remitted via:**

Beneficiary Bank: Bank of America N.A.
5 Canada Square
London E14 5AQ
England

SWIFT: BOFAGB22
CHAPS Sort code: 165050
BACS Sort code: 301635
IBAN: G B55 BOFA 1650 5026 201012
Account name: BELIZE BANK INTERNATIONAL LTD
Account no.: ____1012
Swift Code: BCBTBZBZ
For further credit to: (insert your Belize Bank International Account name and
corresponding number)

**Euros should be remitted via:**

1. Beneficiary Bank: Bank of America N.A.
5 Canada Square
London E14 5AQ
England

SWIFT: BOFAGB22
BACS: 301635
CHAPS: 165050
IBAN: GB33 BOFA 1650 5026 201020
Account Name: BELIZE BANK INTERNATIONAL LTD
Account No.: ____1020
SWIFT Code: BCBTBZBZ
For further credit to: (insert your Belize Bank International Account name and
corresponding number)

2. Commerzbank A.G.
Kaiserplatz

Frankfurt AM Main

Germany

Swift Code: COBADEFF

Account Name: Beneficiary Bank: Belize Bank International Ltd.

Account No. _____6600 USD

SWIFT Code: BCBTBZBZ

For further credit to: (insert your Belize Bank International Account name and

corresponding number)

# Exhibit 9

# GLOBALLY TRUSTED, FOR AN EVOLVING WORLD.

Belize Bank International has the knowledge and foresight to help clients take advantage of favorable domestic policies from abroad.



## ABOUT BELIZE

Standing at the nexus of two continents, Belize is a Caribbean nation – rich in bio-diversity, agricultural opportunities and natural resources.

With a varied national fabric, the country is a one of a kind banking jurisdiction that offers strong discretionary policies, and a solid, sovereign government—steeped in its British heritage as well as strong trade and cultural ties with its Latin American neighbors.

## ADVANTAGES OF INTERNATIONAL ACCOUNTS

- Discretion of account activity
- Privacy when banking abroad
- Simplicity of online access, service and support
- Exemptions on profit and dividend taxes, duties, currency and exchange controls

## BANKING FROM ABROAD

There is no doubt that the world has changed in the last century. The way we bank as corporations and private citizens continues to evolve with technology, security types and adaptive economies. In this environment of developing strategies and waning trust, it is critical that clients have an opportunity to match their needs with comprehensive banking services.

Belize Bank International is an integrated bank for corporate and private clients with one of the longest banking legacies in Central and South America. BBIL sees the changing regulatory environment throughout the world, and with our global view we offer premier discretion, privacy and simplicity.

Operating under the Belize Bank Group—one of the oldest and continuous banks in Central America—BBIL became fully active for offshore clients in 2006.

### DISCRETION

Belize has a long history of client confidentiality – strict and long-standing bank secrecy laws ensure the protection of banking records.

### PRIVACY

Over 100 years of continued service and legacy in the Belize Banking Group – clients can be sure they can entrust their investment and business needs with the bank.

### SIMPLICITY

Combined with a wide range of products and services, the bank provides a network of partners that allow clients to maximize their experience through an unmatched, client-centric organization.

BBIL is regulated by the Central Bank of Belize – the country's banking regulatory body that sets and oversees policies for both national and international financial services.

# DISCRETION, PRIVACY, SIMPLICITY.

## SERVICES AT-A-GLANCE



Online Banking



Loans & Financing



Card Services



Merchant Services



Corporate Services

### KEY PARTNERSHIPS

As a member of a banking organization with over 100 years of experience, we have an extensive network of partner banks and associations who help us carry depth and breadth of products and services for our clients.

We work with corresponding banks and intermediaries in South and Central America. BBIL continues to work closely with partners throughout the world and locally – including Belize Bank LTD, Belize Corporate Services Limited, Belize International Financial Services Association and Belize Chamber of Commerce & Industry.

## OUR VIEW IS UNDOUBTEDLY GLOBAL.

We also provide extensive payment solutions through internationally recognized Visa and Mastercard providers–made possible by maintaining rigorous security and operational standards.

Upon request, we work with Belize Corporate Services Limited to provide our clients with turn-key solutions to meet their international financial services needs.

### FINANCING/LENDING

Whether residential, commercial, or construction, we have a variety of financing options for non-resident individuals with adequate cash flows.

### ONLINE ACCESS

Access your account, anywhere and anytime with our online portal. View your account, send wire transfers or contact support staff at your convenience.

### INTERNATIONAL SERVICES

### MULTI-CURRENCY ACCOUNTS

Flexible accounts for corporate or private clients when living abroad or trading internationally.

### CDS

With competitive interest rates, current account holders can access Certificates of Deposits in multiple currencies – with tax-free interest.

### CARD SOLUTIONS

We offer quick and simple access to VISA and Mastercard branded credit, debit and prepaid cards for worldwide use.

### WIRE TRANSFERS

A quick, easy, and effective way to send funds electronically. Securely and reliably send in foreign currencies to have the funds instantly credited.

### MERCHANT SERVICES

Available to international eCommerce businesses, we provide standard or custom services structures so that you can grow your business and increase cash flow.

We also provide a variety of other products and services including: letters of credit and overdraft lines of credit.



# OPEN AN ACCOUNT REMOTELY, TODAY.

**CONTACT BBIL**

Belize Bank International Headquarters
The Matalon Business Center
Coney Drive, 2nd floor
Belize City, Belize CA
**T:** 501 227 0697
**F:** 501 223 0986
**E:** services@belizebankinternational.com

Visit **www.belizebankinternational.com**
for a full list of offerings, requirements and
applications.



Exhibit 10

# Summons

In the matter of   Tax Liability of John Does*

Internal Revenue Service (Division):   Large Business & International Division

Industry/Area (name or number):   International Individual Compliance

Periods:   Years ending 12/31/2006 through 12/31/2014

## The Commissioner of Internal Revenue

**To:**   Bank of America, National Association

**At:**   701 Brickell Avenue, Miami, Florida

You are hereby summoned and required to appear before   Revenue Agent Michael Frazier or Designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment

\* "John Does" include United States taxpayers who, at any time during the years ended December 31, 2006, through December 31, 2014, directly or indirectly had interests in or signature or other authority (including authority to withdraw funds, trade or give instructions or receive account statements, confirmations or other information, advice or solicitations) with respect to any financial accounts maintained at, monitored by, or managed through Belize Bank International Limited ("BBIL") or Belize Bank Limited ("BBL"), or  Belize Corporate Services Limited ("Belize Corporate Services"), their predecessors, subsidiaries, and affiliates, and financial accounts maintained at, monitored by, or managed through other financial institutions that BBIL, BBL, or Belize Corporate Services permitted to transact client business through their United States correspondent accounts at Bank of America, National Association.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

1919 Smith Street, Mail Stop HOU 1130, Houston, TX 77002;  Telephone:  (713) 209-3628

**Place and time for appearance at**   Internal Revenue Service, 51 S.W. First Ave., Miami, FL 33130

## IRS

on the _____ day of _____   2015   at _____   10:00   o'clock ____ a ____ m.
*(year)*

**Issued under authority of the Internal Revenue Code this** _____ **day of** _____ , ____ 2015
*(year)*

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

_____     _____
Signature of issuing officer                                Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____     _____
Signature of approving officer *(if applicable)*              Title

**Original —** to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
|      |      |

**How Summons Was Served**

1. ❑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ❑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ❑ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

   701 Brickell Avenue, Miami, Florida

| Signature | Title |
|-----------|-------|
|           |       |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

❑ I gave notice by certified or registered mail to the last known address of the noticee.

❑ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

❑ I gave notice by handing it to the noticee.

❑ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☒ No notice is required.

| Signature | Title |
|-----------|-------|
|           |       |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|           |       |

Form **2039** (Rev. 12-2001)

# Summons

In the matter of  Tax Liability of John Does*

Internal Revenue Service (Division):  Large Business & International Division

Industry/Area (name or number):  International Individual Compliance

Periods: Years ending 12/31/2006 through 12/31/2014

## The Commissioner of Internal Revenue

**To:**  Bank of America, National Association

**At:**  701 Brickell Avenue, Miami, Florida

You are hereby summoned and required to appear before   Revenue Agent Michael Frazier or Designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment

* "John Does" include United States taxpayers who, at any time during the years ended December 31, 2006, through December 31, 2014, directly or indirectly had interests in or signature or other authority (including authority to withdraw funds, trade or give instructions or receive account statements, confirmations or other information, advice or solicitations) with respect to any financial accounts maintained at, monitored by, or managed through Belize Bank International Limited ("BBIL") or Belize Bank Limited ("BBL"), or  Belize Corporate Services Limited ("Belize Corporate Services"), their predecessors, subsidiaries, and affiliates, and financial accounts maintained at, monitored by, or managed through other financial institutions that BBIL, BBL, or Belize Corporate Services permitted to transact client business through their United States correspondent accounts at Bank of America, National Association.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____     _____
Signature of IRS officer serving the summons            Title

**Business address and telephone number of IRS officer before whom you are to appear:**

1919 Smith Street, Mail Stop HOU 1130, Houston, TX 77002;  Telephone:  (713) 209-3628

**Place and time for appearance at**   Internal Revenue Service, 51 S.W. First Ave., Miami, FL 33130

**IRS**

on the _____ day of _____  2015  at __10:00__ o'clock __a__ m.
                                            *(year)*
Issued under authority of the Internal Revenue Code this _____ **day of** _____ , __2015__
                                                                                        *(year)*

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

_____     _____
Signature of issuing officer                              Title

Form 2039 (Rev.12-2001)
Catalog Number 21405J

_____     _____
Signature of approving officer *(if applicable)*           Title

**Part A** - to be given to person summoned

# Provisions of the Internal Revenue Code

## Sec. 7602. Examination of books and witnesses

(a) Authority to Summon, etc. - For the purpose of ascertaining the correctness of any return, making a return where none has been made, determining the liability of any person for any internal revenue tax or the liability at law or in equity of any transferee or fiduciary of any person in respect of any internal revenue tax, or collecting any such liability, the Secretary is authorized -

(1) To examine any books, papers, records, or other data which may be relevant or material to such inquiry.
(2) To summon the person liable for tax or required to perform the act, or any officer or employee of such person, or any person having possession, custody, or care of books of account containing entries relating to the business of the person liable for tax or required to perform the act, or any other person the Secretary may deem proper, to appear before the Secretary at a time and place named in the summons and to produce such books, papers, records, or other data, and to give such testimony, under oath, as may be relevant or material to such inquiry; and
(3) To take such testimony of the person concerned, under oath, as may be relevant or material to such inquiry.

(b) Purpose may include inquiry into offense. - The purposes for which the Secretary may take any action described in paragraph (1), (2), or (3) of subsection (a) include the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws.

(c) Notice of contact of third parties. -
(1) General Notice. - An officer or employee of the Internal Revenue Service may not contact any person other than the taxpayer with respect to the determination or collection of the tax liability of such taxpayer without providing reasonable notice in advance to the taxpayer that contacts with persons other than the taxpayer may be made.
(2) Notice of specific contacts. - The Secretary shall periodically provide to a taxpayer a record of persons contacted during such period by the Secretary with respect to the determination or collection of the tax liability of such taxpayer. Such record shall also be provided upon request of the taxpayer.
(3) Exceptions. - This subsection shall not apply-
(A) to any contact which the taxpayer has authorized,
(B) if the Secretary determines for good cause shown that such notice would jeopardize collection of any tax or such notice may involve reprisal against any person, or
(C) with respect to any pending criminal investigation.

(d) No administrative summons when there is Justice Department referral.-
(1) Limitation of authority. - No summons may be issued under this title, and the Secretary may not begin any action under section 7604 to enforce any summons, with respect to any person if a Justice Department referral is in effect with respect to such person.
(2) Justice Department referral in effect. - For purposes of this subsection-
(A) In general. - A Justice Department referral is in effect with respect to any person if-
(i) the Secretary has recommended to the Attorney General a grand jury investigation of, or the criminal prosecution of, such person for any offense connected with the administration or enforcement of the internal revenue laws or
(ii) any request is made under section 6103(h)(3)(B) for the disclosure of any return or return information (within the meaning of section 6103(b)) relating to such person.
(B) Termination. - A Justice Department referral shall cease to be in effect with respect to a person when-
(i) the Attorney General notifies the Secretary, in writing, that -
(I) he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws,
(II) he will not authorize a grand jury investigation of such person with respect to such an offense, or
(III) he will discontinue such a grand jury investigation.
(ii) a final disposition has been made of any criminal proceeding pertaining to the enforcement of the internal revenue laws which was instituted by the Attorney General against such person, or
(iii) the Attorney General notifies the Secretary, in writing, that he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws relating to the request described in sub paragraph (A)(ii).
(3) Taxable years, etc., treated separately. - For purposes of this subsection, each taxable period (or, if there is no taxable period, each taxable event) and each tax imposed by a separate chapter of this title shall be treated separately.

(e) Limitation on examination on unreported income. - The Secretary shall not use financial status or economic reality examination techniques to determine the existence of unreported income of any taxpayer unless the Secretary has a reasonable indication that there is a likelihood of such unreported income.

---

Authority to examine books and witness is also provided under sec. 6420 (e)(2) - Gasoline used on farms: sec. 6421(g)(2) - Gasoline used for certain nonhighway purposes by local transit systems, or sold for certain exempt purposes; and sec. 6427(j)(2) - Fuels not used for taxable purposes.

\* \* \* \* \*

## Sec. 7603. Service of summons

(a) In general - A summons issued under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 shall be served by the Secretary, by an attested copy delivered in hand to the person to whom it is directed, or left at his last and usual place of abode; and the certificate of service signed by the person serving the summons shall be evidence of the facts it states on the hearing of an application for the enforcement of the summons. When the summons requires the production of books, papers, records, or other data, it shall be sufficient if such books, papers, records, or other data are described with reasonable certainty

(b) Service by mail to third-party recordkeepers. -
(1) In general. - A summons referred to in subsection (a) for the production of books, papers, records, or other data by a third-party recordkeeper may also be served by certified or registered mail to the last known address of such recordkeeper.
(2) Third party record keeper. - For purposes of paragraph (1), the term *third-party recordkeeper* means –
(A) any mutual savings bank, cooperative bank, domestic building and loan association, or other savings institution chartered and supervised as a savings and loan or similar association under Federal or State law, any bank (as defined in section 581), or any credit union (within the meaning of section 501 (c)(14)(A));
(B) any consumer reporting agency (as defined under section 603(f) of the Fair Credit Reporting Act (15 U.S.C. 1681 a(f));
(C) Any person extending credit through the use of credit cards or similar devices;
(D) any broker (as defined in section 3(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(4));
(E) any attorney;
(F) any accountant;
(G) any barter exchange (as defined in section 6045(c)(3));
(H) any regulated investment company (as defined in section 851) and any agent of such regulated investment company when acting as an agent thereof;
(I) any enrolled agent; and
(J) any owner or developer of a computer software source code (as defined in section 7612(d)(2)). Subparagraph (J) shall apply only with respect to a summons requiring the production of the source code referred to in subparagraph (J) or the program and data described in section 7612(b)(1)(A)(ii) to which source code relates.

## Sec. 7604. Enforcement of summons

(a) Jurisdiction of Distinct Court. - If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, records, or other data, the United States distinct court for the district in which such person resides or is found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, records, or other data.

(b) Enforcement. - Whenever any person summoned under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 neglects or refuses to obey such summons, or to produce books, papers, records, or other data, or to give testimony, as required, the Secretary may apply to the judge of the district court or to a United States Commissioner¹ for the district within which the person so summoned resides or is found for an attachment against him as for a contempt, it shall be the duty of the judge or commissioner¹ to hear the application, and, if satisfactory proof is made, to issue an attachment, directed to some proper officer, for the arrest of such person, and upon his being brought before him to proceed to a hearing of the case; and upon such hearing the judge or the United States Commissioner¹ shall have power to make such order as he shall deem proper, not inconsistent with the law for the punishment of contempts, to enforce obedience to the requirements of the summons and to punish such person for his default or disobedience.

\* \* \* \* \*

## Sec. 7605. Time and place of examination

(a) Time and place. - The time and place of examination pursuant to the provisions of section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 shall be such time and place as may be fixed by the Secretary and as are reasonable under the circumstances. In the case of a summons under authority of paragraph (2) of section 7602, or under the corresponding authority of section 6420(e)(2), 6421 (g)(2) or 6427(j)(2), the date fixed for appearance before the Secretary shall not be less than 10 days from the date of the summons.

¹Or United States magistrate, pursuant to P L. 90-578.

## Sec. 7610. Fees and costs for witnesses

(a) In general - The secretary shall by regulations establish the rates and conditions under which payment may be made of -
(1) fees and mileage to persons who are summoned to appear before the Secretary, and
(2) reimbursement for such costs that are reasonably necessary which have been directly incurred in searching for, reproducing, or transporting books, papers, records, or other data required to be produced by summons.

(b) Exceptions. - No payment may be made under paragraph (2) of subsection (a) if -
(1) the person with respect to whose liability the summons is issued has a proprietary interest in the books, papers, records or other data required to be produced, or
(2) the person summoned is the person with respect to whose liability the summons is issued or an officer, employee, agent, accountant, or attorney of such person who, at the time the summons is served, is acting as such.

(c) Summons to which section applies. - This section applies with respect to any summons authorized under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602.

## Sec. 7210. Failure to obey summons

Any person who, being duly summoned to appear to testify, or to appear and produce books, accounts, records, memoranda or other papers, as required under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), 7602, 7603, and 7604(b), neglects to appear or to produce such books, accounts, records memoranda, or other papers, shall, upon conviction thereof, be fined not more than $1,000, or imprisoned not more than 1 year, or both, together with costs of prosecution.

In the Matter of Tax Liability of John Does
Attachment to Form 2039 Summons to Bank of America, National Association

## **Documents**

As correspondent bank for Belize Bank International Limited ("BBIL"), Belize Bank Limited ("BBL"), and Belize Corporate Services Limited ("Belize Corporate Services"), please provide the below-listed records of each correspondent account of BBIL, BBL, and Belize Corporate Services at Bank of America, National Association, its subsidiaries and affiliates for the period January 1, 2006, through December 31, 2014, including but not limited to account nos.     6053 and     6058.

1. Account statements.

2. Front and back of deposit slips and deposited items.

3. Front and back of checks.

4. Wire transfer orders and confirmations and other similar records of all wire transfers into and out of the account indicating the originator, originator's bank, beneficiary, beneficiary's bank, intermediary banks, ordering party, date and amount, and any reference information for parties to the transfer.

5. All exception reports produced by your Anti-Money Laundering System related to the correspondent accounts of BBIL, BBL, Belize Corporate Services, and for any such report for which an investigation was undertaken, all documents associated with that investigation, including notes, memorandum, research, communications with BBIL, BBL, Belize Corporate Services.

6. If you provided other correspondent banking services for BBIL, BBL, Belize Corporate Services during the period January 1, 2006, through December 31, 2014, including, but not limited to, loan participation assistance, data processing services, portfolio analysis and investment advice, federal funds trading, securities safekeeping, arrangement of purchases and sale of securities, and investment banking services, please provide a copy of the contract or other written agreement for provision of such services or otherwise identify and provide a description of such services.

7. For all accounts of Belize Corporate Services, please provide the following information:

   a. account opening documents regardless of date, including account opening applications and documents, signature cards, powers of attorney;
   b. monthly or periodic statements;
   c. wire transfer authorizations and confirmations;
   d. deposit slips and deposited items (front and back);
   e. credit and debit memos and advices;
   f. front and back of cancelled checks;
   g. check registers;

13113852.1

In the Matter of Tax Liability of John Does
Attachment to Form 2039 Summons to Bank of America, National Association

     h.  passbooks;
     i.  loan applications (regardless of date);
     j.  promissory notes;
     k.  certificates of deposit;
     l.  letters of credit;
     m.  cashiers checks;
     n.  money orders;
     o.  all correspondence and memorandum files maintained by the bank or other financial institution or any of their officers or employees, reflecting communications between the bank and Belize Corporate Services; and
     p.  documents verifying the origin of all funds used to open the accounts or deposited to these accounts (regardless of date).

You need not provide any Traveler's Checks or Traveler's Check documentation.

**<u>Instructions for Production of Electronically Stored Records</u>**

If the records requested herein are stored in your record retention systems and/or by your technology, data, or other service providers, it should be produced on electronic media according to the following criteria:

I.  Text Data
    A.  Text data relating to transactions shall be produced within a data file:
        1.  Using a delimited ASCII text data format; or
        2.  Using software that can export to a commonly readable, nonproprietary file format without loss of data.
        3.  If text data is stored in a format readable only by proprietary software, provide a copy of software necessary to enable the data to be retrieved, manipulated, and processed by a computer.
    B.  Text data files relating to transactions shall include field descriptions (e.g., account number, date/time, description, payee/payor, check number, item identifier, amount, etc.)

II.  Image Data
    A.  Image data shall be produced in graphic data files in a commonly readable, nonproprietary format with the highest image quality maintained.
    B.  Image data of items associated with transactions (e.g., cancelled checks, deposit slips, etc.) shall be:
        1.  Produced in individual graphic data files with any associated endorsements;
        2.  Linked to corresponding text data by a unique identifier; and
        3.  Image collections, OCR (optical character recognition), and image linking files must be produced in a Concordance load-ready format, ideally in a Concordance database.

In the Matter of Tax Liability of John Does
Attachment to Form 2039 Summons to Bank of America, National Association

III.  Encryption/Authentication
   A.  Electronically stored records may be transmitted in an encrypted container. Decryption keys and/or passwords shall be produced separately at the time the data is produced.
   B.  Authentication, such as hash coding, may be set by agreement.
   C.  Affidavits or certificates of authenticity for the records may be included as part of the electronic production.


   If you have questions about the format in which to provide electronic data, please contact Revenue Agent Michael Frazier by telephone at (713) 209-3628.

   Before you produce any of the above-listed records, please contact Revenue Agent Michael Frazier by telephone at (713) 209-3628 to discuss the terms of compliance.

   The personal appearance requirement is waived when the requested information is furnished by mail to Revenue Agent Michael Frazier at 1919 Smith Street, Mail Stop HOU 1130, Houston, TX 77002.

13113852.1

Exhibit 11

# Summons

In the matter of   Tax Liability of John Does*

Internal Revenue Service (Division):   Large Business & International Division

Industry/Area (name or number):   International Individual Compliance

Periods:   Years ending 12/31/2006 through 12/31/2014

## The Commissioner of Internal Revenue

**To:**   Citibank, National Association

**At:**   201 Biscayne Boulevard, Miami, Florida

You are hereby summoned and required to appear before   Revenue Agent Michael Frazier or Designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment

\* "John Does" include United States taxpayers who, at any time during the years ended December 31, 2006, through December 31, 2014, directly or indirectly had interests in or signature or other authority (including authority to withdraw funds, trade or give instructions or receive account statements, confirmations or other information, advice or solicitations) with respect to any financial accounts maintained at, monitored by, or managed through Belize Bank International Limited ("BBIL") or Belize Bank Limited ("BBL"), or  Belize Corporate Services Limited ("Belize Corporate Services"), their predecessors, subsidiaries, and affiliates, and financial accounts maintained at, monitored by, or managed through other financial institutions that BBIL, BBL, or Belize Corporate Services permitted to transact client business through their United States correspondent accounts at Citibank, National Association.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

1919 Smith Street, Mail Stop HOU 1130, Houston, TX 77002;  Telephone:  (713) 209-3628

**Place and time for appearance at**   Internal Revenue Service, 51 S.W. First Ave., Miami, FL 33130

## IRS

on the _____ day of _____ 2015 _(year)_ at ___10:00___ o'clock ___a___ m.

**Issued under authority of the Internal Revenue Code this** _____ **day of** _____ , ___2015___ _(year)_

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

_____
Signature of issuing officer

_____
Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

_____
Signature of approving officer _(if applicable)_

_____
Title

**Original —** to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
|      |      |

**How Summons Was Served**

1. ❑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ❑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ❑ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____
   201 Biscayne Boulevard, Miami, Florida

| Signature | Title |
|-----------|-------|
|           |       |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

❑ I gave notice by certified or registered mail to the last known address of the noticee.

❑ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

❑ I gave notice by handing it to the noticee.

❑ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☒ No notice is required.

| Signature | Title |
|-----------|-------|
|           |       |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|           |       |

# Summons

In the matter of  Tax Liability of John Does*

Internal Revenue Service (Division):  Large Business & International Division

Industry/Area (name or number):  International Individual Compliance

Periods:  Years ending 12/31/2006 through 12/31/2014

## The Commissioner of Internal Revenue

**To:**  Citibank, National Association

**At:**  201 Biscayne Boulevard, Miami, Florida

You are hereby summoned and required to appear before  Revenue Agent Michael Frazier or Designee
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment

* "John Does" include United States taxpayers who, at any time during the years ended December 31, 2006, through December 31, 2014, directly or indirectly had interests in or signature or other authority (including authority to withdraw funds, trade or give instructions or receive account statements, confirmations or other information, advice or solicitations) with respect to any financial accounts maintained at, monitored by, or managed through Belize Bank International Limited ("BBIL") or Belize Bank Limited ("BBL"), or  Belize Corporate Services Limited ("Belize Corporate Services"), their predecessors, subsidiaries, and affiliates, and financial accounts maintained at, monitored by, or managed through other financial institutions that BBIL, BBL, or Belize Corporate Services permitted to transact client business through their United States correspondent accounts at Citibank, National Association.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____        _____
Signature of IRS officer serving the summons                    Title

**Business address and telephone number of IRS officer before whom you are to appear:**

1919 Smith Street, Mail Stop HOU 1130, Houston, TX 77002;  Telephone:  (713) 209-3628

**Place and time for appearance at**  Internal Revenue Service, 51 S.W. First Ave., Miami, FL 33130

# IRS

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev.12-2001)
Catalog Number 21405J

on the _____ day of _____  2015  at ___10:00___ o'clock ___a___ m.
*(year)*

**Issued under authority of the Internal Revenue Code this** _____ **day of** _____ , 2015
*(year)*

_____        _____
Signature of issuing officer                    Title

_____        _____
Signature of approving officer *(if applicable)*                    Title

**Part A** - to be given to person summoned

# Provisions of the Internal Revenue Code

## Sec. 7602. Examination of books and witnesses

(a) Authority to Summon, etc. - For the purpose of ascertaining the correctness of any return, making a return where none has been made, determining the liability of any person for any internal revenue tax or the liability at law or in equity of any transferee or fiduciary of any person in respect of any internal revenue tax, or collecting any such liability, the Secretary is authorized -

(1) To examine any books, papers, records, or other data which may be relevant or material to such inquiry.

(2) To summon the person liable for tax or required to perform the act, or any officer or employee of such person, or any person having possession, custody, or care of books of account containing entries relating to the business of the person liable for tax or required to perform the act, or any other person the Secretary may deem proper, to appear before the Secretary at a time and place named in the summons and to produce such books, papers, records, or other data, and to give such testimony, under oath, as may be relevant or material to such inquiry; and

(3) To take such testimony of the person concerned, under oath, as may be relevant or material to such inquiry.

(b) Purpose may include inquiry into offense. - The purposes for which the Secretary may take any action described in paragraph (1), (2), or (3) of subsection (a) include the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws.

(c) Notice of contact of third parties. -

(1) General Notice. - An officer or employee of the Internal Revenue Service may not contact any person other than the taxpayer with respect to the determination or collection of the tax liability of such taxpayer without providing reasonable notice in advance to the taxpayer that contacts with persons other than the taxpayer may be made.

(2) Notice of specific contacts. - The Secretary shall periodically provide to a taxpayer a record of persons contacted during such period by the Secretary with respect to the determination or collection of the tax liability of such taxpayer. Such record shall also be provided upon request of the taxpayer.

(3) Exceptions. - This subsection shall not apply-

(A) to any contact which the taxpayer has authorized,

(B) if the Secretary determines for good cause shown that such notice would jeopardize collection of any tax or such notice may involve reprisal against any person, or

(C) with respect to any pending criminal investigation.

(d) No administrative summons when there is Justice Department referral.-

(1) Limitation of authority. - No summons may be issued under this title, and the Secretary may not begin any action under section 7604 to enforce any summons, with respect to any person if a Justice Department referral is in effect with respect to such person.

(2) Justice Department referral in effect. - For purposes of this subsection-

(A) In general. - A Justice Department referral is in effect with respect to any person if-

(i) the Secretary has recommended to the Attorney General a grand jury investigation of, or the criminal prosecution of, such person for any offense connected with the administration or enforcement of the internal revenue laws or

(ii) any request is made under section 6103(h)(3)(B) for the disclosure of any return or return information (within the meaning of section 6103(b)) relating to such person.

(B) Termination. - A Justice Department referral shall cease to be in effect with respect to a person when-

(i) the Attorney General notifies the Secretary, in writing, that -

(I) he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws,

(II) he will not authorize a grand jury investigation of such person with respect to such an offense, or

(III) he will discontinue such a grand jury investigation.

(ii) a final disposition has been made of any criminal proceeding pertaining to the enforcement of the internal revenue laws which was instituted by the Secretary against such person, or

(iii) the Attorney General notifies the Secretary, in writing, that he will not prosecute such person for any offense connected with the administration or enforcement of the internal revenue laws relating to the request described in sub paragraph (A)(ii).

(3) Taxable years, etc., treated separately. - For purposes of this subsection, each taxable period (or, if there is no taxable period, each taxable event) and each tax imposed by a separate chapter of this title shall be treated separately.

(e) Limitation on examination on unreported income. - The Secretary shall not use financial status or economic reality examination techniques to determine the existence of unreported income of any taxpayer unless the Secretary has a reasonable indication that there is a likelihood of such unreported income.

Authority to examine books and witness is also provided under sec. 6420 (e)(2) - Gasoline used on farms: sec. 6421(g)(2) - Gasoline used for certain nonhighway purposes by local transit systems, or sold for certain exempt purposes; and sec. 6427(j)(2) - Fuels not used for taxable purposes.

## Sec. 7603. Service of summons

(a) In general - A summons issued under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 shall be served by the Secretary, by an attested copy delivered in hand to the person to whom it is directed, or left at his last and usual place of abode; and the certificate of service signed by the person serving the summons shall be evidence of the facts it states on the hearing of an application for the enforcement of the summons. When the summons requires the production of books, papers, records, or other data, it shall be sufficient if such books, papers, records, or other data are described with reasonable certainty

(b) Service by mail to third-party recordkeepers. -

(1) In general. - A summons referred to in subsection (a) for the production of books, papers, records, or other data by a third-party recordkeeper may also be served by certified or registered mail to the last known address of such recordkeeper.

(2) Third party record keeper. - For purposes of paragraph (1), the term *third-party recordkeeper* means -

(A) any mutual savings bank, cooperative bank, domestic building and loan association, or other savings institution chartered and supervised as a savings and loan or similar association under Federal or State law, any bank (as defined in section 581), or any credit union (within the meaning of section 501 (c)(14)(A));

(B) any consumer reporting agency (as defined under section 603(f) of the Fair Credit Reporting Act (15 U.S.C. 1681 a(f));

(C) Any person extending credit through the use of credit cards or similar devices;

(D) any broker (as defined in section 3(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(4));

(E) any attorney;

(F) any accountant;

(G) any barter exchange (as defined in section 6045(c)(3));

(H) any regulated investment company (as defined in section 851) and any agent of such regulated investment company when acting as an agent thereof;

(I) any enrolled agent; and

(J) any owner or developer of a computer software source code (as defined in section 7612(d)(2)). Subparagraph (J) shall apply only with respect to a summons requiring the production of the source code referred to in subparagraph (J) or the program and data described in section 7612(b)(1)(A)(ii) to which source code relates.

## Sec. 7604. Enforcement of summons

(a) Jurisdiction of Distinct Court. - If any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, records, or other data, the United States distinct court for the district in which such person resides or is found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, records, or other data.

(b) Enforcement. - Whenever any person summoned under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 neglects or refuses to obey such summons, or to produce books, papers, records, or other data, or to give testimony, as required, the Secretary may apply to the judge of the district court or to a United States Commissioner¹ for the district within which the person so summoned resides or is found for an attachment against him as for a contempt, it shall be the duty of the judge or commissioner¹ to hear the application, and, if satisfactory proof is made, to issue an attachment, directed to some proper officer, for the arrest of such person, and upon his being brought before him to proceed to a hearing of the case; and upon such hearing the judge or the United States Commissioner¹ shall have power to make such order as he shall deem proper, not inconsistent with the law for the punishment of contempts, to enforce obedience to the requirements of the summons and to punish such person for his default or disobedience.

\* \* \* \* \*

## Sec. 7605. Time and place of examination

(a) Time and place. - The time and place of examination pursuant to the provisions of section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602 shall be such time and place as may be fixed by the Secretary and as are reasonable under the circumstances. In the case of a summons under authority of paragraph (2) of section 7602, or under the corresponding authority of section 6420(e)(2), 6421 (g)(2) or 6427(j)(2), the date fixed for appearance before the Secretary shall not be less than 10 days from the date of the summons.

¹Or United States magistrate, pursuant to P L. 90-578.

## Sec. 7610. Fees and costs for witnesses

(a) In general. - The secretary shall by regulations establish the rates and conditions under which payment may be made of -

(1) fees and mileage to persons who are summoned to appear before the Secretary, and

(2) reimbursement for such costs that are reasonably necessary which have been directly incurred in searching for, reproducing, or transporting books, papers, records, or other data required to be produced by summons.

(b) Exceptions. - No payment may be made under paragraph (2) of subsection (a) if -

(1) the person with respect to whose liability the summons is issued has a proprietary interest in the books, papers, records or other data required to be produced, or

(2) the person summoned is the person with respect to whose liability the summons is issued or an officer, employee, agent, accountant, or attorney of such person who, at the time the summons is served, is acting as such.

(c) Summons to which section applies. - This section applies with respect to any summons authorized under section 6420(e)(2), 6421 (g)(2), 6427(j)(2), or 7602.

## Sec. 7210. Failure to obey summons

Any person who, being duly summoned to appear to testify, or to appear and produce books, accounts, records, memoranda or other papers, as required under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), 7602, 7603, and 7604(b), neglects to appear or to produce such books, accounts, records memoranda, or other papers, shall, upon conviction thereof, be fined not more than $1,000, or imprisoned not more than 1 year, or both, together with costs of prosecution.

\* \* \* \* \*

Form **2039** (Rev.12-2001)

In the Matter of Tax Liability of John Does
Attachment to Form 2039 Summons to Citibank, National Association

## Documents

     As correspondent bank for Belize Bank International Limited ("BBIL"), Belize Bank Limited ("BBL"), and Belize Corporate Services, please provide the below-listed records of each correspondent account of BBIL, BBL, and Belize Corporate Services at Citibank, National Association, its subsidiaries and affiliates for the period January 1, 2006, through December 31, 2014.

1. Account statements.

2. Front and back of deposit slips and deposited items.

3. Front and back of checks.

4. Wire transfer orders and confirmations and other similar records of all wire transfers into and out of the account indicating the originator, originator's bank, beneficiary, beneficiary's bank, intermediary banks, ordering party, date and amount, and any reference information for parties to the transfer.

5. All exception reports produced by your Anti-Money Laundering System related to the correspondent accounts of BBIL, BBL, and Belize Corporate Services, and for any such report for which an investigation was undertaken, all documents associated with that investigation, including notes, memorandum, research, communications with BBIL, BBL, and Belize Corporate Services.

6. If you provided other correspondent banking services for BBIL, BBL, and Belize Corporate Services during the period January 1, 2006, through December 31, 2014, including, but not limited to, loan participation assistance, data processing services, portfolio analysis and investment advice, federal funds trading, securities safekeeping, arrangement of purchases and sale of securities, and investment banking services, please provide a copy of the contract or other written agreement for provision of such services or otherwise identify and provide a description of such services.

You need not provide any Traveler's Checks or Traveler's Check documentation.

## Instructions for Production of Electronically Stored Records

     If the records requested herein are stored in your record retention systems and/or by your technology, data, or other service providers, it should be produced on electronic media according to the following criteria:

I.  Text Data
    A.  Text data relating to transactions shall be produced within a data file:

13113920.1

In the Matter of Tax Liability of John Does
Attachment to Form 2039 Summons to Citibank, National Association

    1.  Using a delimited ASCII text data format; or

    2.  Using software that can export to a commonly readable, nonproprietary file format without loss of data.

    3.  If text data is stored in a format readable only by proprietary software, provide a copy of software necessary to enable the data to be retrieved, manipulated, and processed by a computer.

B.  Text data files relating to transactions shall include field descriptions (e.g., account number, date/time, description, payee/payor, check number, item identifier, amount, etc.)

II.  Image Data

A.  Image data shall be produced in graphic data files in a commonly readable, nonproprietary format with the highest image quality maintained.

B.  Image data of items associated with transactions (e.g., cancelled checks, deposit slips, etc.) shall be:

    1.  Produced in individual graphic data files with any associated endorsements;

    2.  Linked to corresponding text data by a unique identifier; and

    3.  Image collections, OCR (optical character recognition), and image linking files must be produced in a Concordance load-ready format, ideally in a Concordance database.

III.  Encryption/Authentication

A.  Electronically stored records may be transmitted in an encrypted container. Decryption keys and/or passwords shall be produced separately at the time the data is produced.

B.  Authentication, such as hash coding, may be set by agreement.

C.  Affidavits or certificates of authenticity for the records may be included as part of the electronic production.

    If you have questions about the format in which to provide electronic data, please contact Revenue Agent Michael Frazier by telephone at (713) 209-3628.

    Before you produce any of the above-listed records, please contact Revenue Agent Michael Frazier by telephone at (713) 209-3628 to discuss the terms of compliance.

    The personal appearance requirement is waived when the requested information is furnished by mail to Revenue Agent Michael Frazier at 1919 Smith Street, Mail Stop HOU 1130, Houston, TX 77002.

13113920.1