IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF: JOHN DOES,<br><br>United States taxpayers who, at any time during the years ended December 31, 2006, through December 31, 2014, directly or indirectly had interests in or signature or other authority (including authority to withdraw funds, trade or give instructions or receive account statements, confirmations or other information, advice or solicitations) with respect to any financial accounts maintained at, monitored by, or managed through Belize Bank International Limited ("BBIL") or Belize Bank Limited ("BBL"), or  Belize Corporate Services Limited ("Belize Corporate Services"), their predecessors, subsidiaries, and affiliates, and financial accounts maintained at, monitored by, or managed through other financial institutions that BBIL, BBL, or Belize Corporate Services permitted to transact client business through their United States correspondent accounts at Bank of America, National Association or Citibank, National Association | Case No. 1:15-mc-23475-UU |

**NOTICE OF UNITED STATES' *EX PARTE* PETITION FOR LEAVE TO SERVE "JOHN DOE" SUMMONSES**

      The United States of America notifies the Court that it has commenced this *ex parte* proceeding pursuant to Section 7609(f) of the Internal Revenue Code (26 U.S.C.), for leave to serve an Internal Revenue Service "John Doe" summonses upon Citibank, N.A., and Bank of America, N.A.  Pursuant to 26 U.S.C. § 7609(h), the determination to be made by the Court "shall be made *ex parte* and shall be made solely on the petition and supporting affidavits." Thus, the pleadings filed in this proceeding will not be served upon any person or entity and no

other filings are permitted from other persons or entities.  Accordingly, this matter is ripe for the Court's consideration.

The United States requests that the Court review the Petition and supporting documents and enter the Proposed Order at the Court's earliest opportunity.

Dated: September 16, 2015							Respectfully submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General


s/ William E. Farrior
WILLIAM E. FARRIOR
S.D. Fla. Bar No. A5501479
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
202-616-1908 (v)
202-514-4963 (f)
William.E.Farrior@usdoj.gov

Of Counsel:

WIFREDO A. FERRER
United States Attorney