# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-mc-23475-UU

IN THE MATTER OF THE TAX
LIABILITIES OF: JOHN DOES,

United States taxpayers who, at any time
during the years ended December 31, 2006,
through December 31, 2014, directly or
indirectly had interests in or signature or other
authority (including authority to withdraw
funds, trade or give instructions or receive
account statements, confirmations or other
information, advice or solicitations) with
respect to any financial accounts maintained
at, monitored by, or managed through Belize
Bank International Limited ("BBIL") or Belize
Bank Limited ("BBL"), or Belize Corporate
Services Limited ("Belize Corporate Services"),
their predecessors, subsidiaries, and affiliates,
and financial accounts maintained at, monitored
by, or managed through other financial
institutions that BBIL, BBL, or Belize
Corporate Services permitted to transact client
business through their United States
correspondent accounts at Bank of America,
National Association or Citibank, National
Association.

_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully

advised in the premises.  The Court has signed an Order granting the United States' Ex Parte

Petition in this case.  Accordingly it is

ORDERED and ADJUDGED that for Administrative Purposes this case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 18th__ day of September, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record